IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GREGORIO ROSALES GOMEZ,
*Petitioner*,

v.

:    CIVIL NO. 26-4698

JAMAL L. JAMISON et al.,
*Respondents.*

## ORDER

**AND NOW,** this **8th** day of **July 2026,** upon consideration of Petitioner's Petition for a Writ of Habeas Corpus (ECF No. 1) and the Government's Answer (ECF No. 5), it is hereby **ORDERED** that the Petition is **GRANTED**. It is **FURTHER ORDERED** as follows:

1. The Government shall release Petitioner from custody immediately and file a certificate of compliance on the docket no later than **12:00 p.m. on July 9, 2026.**

2. The Government is enjoined from detaining Petitioner under 8 U.S.C. § 1226(a) for seven (7) days following his release from custody.

3. The Clerk of Court shall mark this case as **CLOSED**.

BY THE COURT:

HON. KAI N. SCOTT
United States District Court Judge